tric Illuminating Company of Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re EAST 179th ST. (Supreme Court, Appellate Division, First Department. December 31, 1908.) In the matter of East 179th street. No opinion. Adjourned to first Friday of January term.

---

EBBITT, Appellant, v. MILLIKEN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by George Ebbitt against Edward F. Milliken and another. H. C. Smyth, for appellant. J. V. Bouvier, for respondents. No opinion. Judgment and order affirmed, with costs, on 103 App. Div. 211, 92 N. Y. Supp. 1033. Order filed.

---

EBBITT v. MILLIKEN. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by George Ebbitt against Edward F. Milliken. No opinion. Motion denied, with $10 costs. Order filed.

---

EHKABENDZAK, Respondent, v. BRIDGE-PORT BRASS CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by George Ehkabendzak against the Bridgport Brass Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

In re EIDT. (Supreme Court, Appellate Division, First Department. January 8, 1909.) In the matter of Jacob Eidt, deceased. No opinion. Decree affirmed, with costs. Order filed.

---

EISELE v. WRIGHT et al. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Frederick Eisele against Frank Marion Wright, individually and as sole executor, etc., of J. Frank Wright, deceased, and others. No opinion. Order affirmed, with costs.

---

ELLIS, Respondent, v. HOME TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Albert M. Ellis against the Home Telephone Company. No opinion. Judgment affirmed, with costs.

---

In re ELMSFORD REAL ESTATE CO. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) In the matter of the application of the Elmsford Real Estate Company for the drainage of certain lands in the valley of the Sawmill river in the town of Greenbaugh, Westchester county, N. Y. No opinion. Order affirmed, with $10 costs and disbursements.

---

EMRICH, Plaintiff, v. SERPE et al., Defendants. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by John Emrich against Joseph Serpe and another. No opinion. Motion for stay denied, with costs.

---

ERBER, Appellant, v. OPPENHEIMER, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Emil Erber against Adolph Oppenheimer. J. L. Linehan, for appellant. S. Wasserman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

ERFF, Respondent, v. ERFF, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Mary M. Erff against Charles Erff. N. W. Kerngood, for appellant. F. W. Burr, for respondent. No opinion. Order modified, so as to reduce alimony to $10 a week, and counsel fee to $50, and, as modified, affirmed, without costs. Settle order on notice.

---

ERNST, Respondent, v. WHEATLEY, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Moritz L. Ernst against Edward M. Wheatley. A. L. Davis, for appellant. B. M. L. Ernst, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

E. T. BURROWES CO., Appellant, v. CAPLIN, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by the E. T. Burrowes Company against Stephen Caplin. No opinion. Order of the Municipal Court reversed, with costs, on the ground of laches, and judgment reinstated, with costs.

---

EVERETT, Respondent, v. VILLAGE OF WAVERLY, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Elijah H. Everett, as administrator of the goods, chattels, and credits of Dorcas A. Everett, deceased, against the Village of Waverly. No opinion. Judgment and order unanimously affirmed, with costs.

---

FAHEY v. LYNCH. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Mary Fahey against Thomas F. Lynch. No opinion. Motion granted. Settle order on notice.

---

FANNING, Respondent, v. STANDARD OIL CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Patrick Fanning against the Standard Oil Company of New York. No opinion. Judgment and order unanimously affirmed, with costs.

---

FAREWELL, Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division,